```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 09606
    JACQUELINE PRATCHER
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0815


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/26/2007 and was confirmed 08/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 05/30/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE    CURRENT MORTG         .00            .00             .00
NATIONAL CITY MORTGAGE    MORTGAGE ARRE         .00            .00             .00
HEAVNER SCOTT BEYERS & M  NOTICE ONLY     NOT FILED            .00             .00
CONSUMER PORTFOLIO        SECURED VEHIC     5225.00         380.72         1077.68
CONSUMER PORTFOLIO        UNSECURED         1837.36            .00           27.58
ILLINOIS DEPT OF REV      PRIORITY        NOT FILED            .00             .00
ILLINOIS DEPT OF REV      UNSECURED       NOT FILED            .00             .00
ARNOLD SCOTT HARRIS       UNSECURED       NOT FILED            .00             .00
ASSET ACCEPTANCE LLC      UNSECURED         1512.00            .00           22.70
CAPITAL ONE               UNSECURED          625.56            .00             .00
CHECKTRONIC               UNSECURED       NOT FILED            .00             .00
COMPUTER CREDIT SERVICES  UNSECURED       NOT FILED            .00             .00
FINGERHUT CREDIT ADVANTA  UNSECURED       NOT FILED            .00             .00
FIRST USA BANK            UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO           UNSECURED         4657.14            .00           69.92
ILLINOIS DEPT OF REVENUE  UNSECURED       NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM  FILED LATE        2094.98            .00             .00
LORRAINE GREENBERG & ASS  NOTICE ONLY     NOT FILED            .00             .00
MIDNIGHT VELVET           UNSECURED          221.21            .00             .00
SPIEGEL                   UNSECURED       NOT FILED            .00             .00
UNIV FIDELITY             UNSECURED       NOT FILED            .00             .00
CAPITAL ONE               UNSECURED             .00            .00             .00
CAPITAL ONE               UNSECURED          571.91            .00             .00
SPRINT-NEXTEL CORP        UNSECURED         1964.19            .00           29.49
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      314.00            .00          314.00
KENNETH B DROST PC        NOTICE ONLY     NOT FILED            .00             .00
DOLLIE I WARREN REED      NOTICE ONLY     NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,500.00                       3,500.00
TOM VAUGHN                TRUSTEE                                            414.70
DEBTOR REFUND             REFUND                                             277.92

         Summary of Receipts and Disbursements:

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 09606 JACQUELINE PRATCHER
```

```
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 6,114.71

PRIORITY                                          314.00
SECURED                                         1,077.68
    INTEREST                                      380.72
UNSECURED                                         149.69
ADMINISTRATIVE                                  3,500.00
TRUSTEE COMPENSATION                              414.70
DEBTOR REFUND                                     277.92
                       ---------------     ---------------
TOTALS                  6,114.71                6,114.71
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 08/20/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE


                        PAGE   2
        CASE NO. 07 B 09606 JACQUELINE PRATCHER